# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0689. RICKY SMITH v. AUTO OWNER'S INSURANCE COMPANY.**

Auto Owner's Insurance Company sued Ricky Smith. The trial court granted summary judgment to Auto Owner's, awarding $2,239.36, plus accrued interest in the amount $355.60, plus costs. Smith filed this direct appeal. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required." *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987); see OCGA § 5-6-35 (a) (6). As the total judgment in favor of Auto Owner's is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865-866 (420 SE2d 810) (1992). Because Smith was required to file a discretionary application, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/04/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*